# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

00-6024-CR-Ferguson

UNITED STATES OF AMERICA ) CASE NUMBER: CR ~~00-4044-Seitz~~
           Plaintiff )
                    )
La Rosa Oswaldo
           -vs-     ) REPORT COMMENCING CRIMINAL
                    )              ACTION
Oswaldo, De la Rosa )
           Defendant )           60235-004
********************************************************************

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
********************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 1/21/00 @ 11:45  (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 21 USC 952, 21 USC 841.

(4) UNITED STATES CITIZEN:  ( )YES  (X)NO  ( )UNKNOWN

(5) DATE OF BIRTH: 09/20/42

(6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
    [ ] INDICTMENT    [✓] COMPLAINT    CASE #_____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: SDF
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND?_____

(7) REMARKS: _____

(8) DATE: 1/21/00    (9) ARRESTING OFFICER Kaysandra Corbett, S/A

(10) AGENCY USCS    (11) PHONE # 954.356.7238 X130

(12) COMMENTS _____