koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ~~00-#011-SELTZER~~ 00-6024-CR-Ferguson

UNITED STATES OF AMERICA

    Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language __SPANISH__
Tape No. __00E-11-2187__

v.

AUSA __Hugo Black__
Agent __USCS/KAYSANDRA LORDHT__
    __954 356-7238 x138__

OSWALDO DELAROSA
    Defendant.

DOB 09/28/42    # 60235-004

[FILED D.C. MAG. SEC. CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI]

    The above-named defendant having been arrested on __1/21/00__ having appeared before the court for initial appearance on __1/24/00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. __Kenneth White__ appeared as permanent/~~temporary~~ counsel of record.
Address: __2400 S. Dixie Highway, Ste 105, Miami, Fl__
Zip Code: __33133__    Telephone: __(305) 854-8393__
2. _____ appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at ~~10:00 A.M.~~ on __1-31- in Ft. Laud.__, 2000.
4. Arraignment/~~Preliminary~~/Removal/Identity hearing is set for ~~10am~~ __in FTL 2-7-__, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __@ govt request, risk and danger__ __in FTL__
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for ~~10am~~ __1-31-__, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal

<u>OSWALDO DELAROSA</u>

__j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>24TH</u> day of <u>JANUARY</u>, 2000.

PETER R. PALERMO
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
    Defendant
    Counsel
    U.S. Marshal
    Pretrial Services/Probation