00-6024-CR-Ferguson

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-4611-Seltzer

UNITED STATES OF AMERICA,

v.

Oswaldo De La Rosa

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

FILED by _____ D.C.
MAG. SEC.
JAN 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

COMES NOW _____ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name **(Printed)** _Kenneth White_

Counsel's Signature _[signature]_

Address _2400 S. Dixie Highway Ste 105_
_Miami, Florida_  ZIP CODE: _33133_

Telephone _(305) 854-8393_

5
fd