RHS:rhs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6024-CR-FERGUSON

21 U.S.C. §841(a)(1)
21 U.S.C. §846     MAGISTRATE JUDGE
18 U.S.C. §2              SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSWALDO DELAROSA and
HENRY HERNANDEZ,

    Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 21, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

OSWALDO DELAROSA and
HENRY HERNANDEZ,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine,

in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 21, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

OSWALDO DELAROSA and
HENRY HERNANDEZ,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.
OSWALDO DELAROSA and            **CERTIFICATE OF TRIAL ATTORNEY***
HENRY HERNANDEZ
                                **Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)      Yes ___   No ___
                                     Number of New Defendants  ___
___ Miami  ___ Key West              Total number of counts    ___
 X  FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:         (Yes or No) NO
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       X___        Petty         ___
   II   6 to 10 days      ___         Minor         ___
   III  11 to 20 days     ___         Misdem.       ___
   IV   21 to 60 days     ___         Felony        X___
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) YES
   If yes:
   Magistrate Case No.  00-M-4011-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  1/20/00 (DELAROSA)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes X No

                                   _____
                                   ROGER H. STEFIN
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 0287334

*Penalty Sheet(s) attached                                  REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: OSWALDO DELAROSA          No.:

Count #:1
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

TITLE 21, U.S.C. § 846

*Max. Penalty: 10 YEARS' TO LIFE IMPRISONMENT, AND $4,000,000 FINE

Count #:2
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

TITLE 21, U.S.C. § 841(a)(1)

*Max. Penalty: 10 YEARS' TO LIFE IMPRISONMENT, AND $4,000,000 FINE

Count #:3


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __HENRY HERNANDEZ__   No.: _____

Count #:1
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

TITLE 21, U.S.C. § 846

*Max. Penalty: 10 YEARS' TO LIFE IMPRISONMENT, AND $4,000,000 FINE

Count #:2
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

TITLE 21, U.S.C. § 841(a)(1)

*Max. Penalty: 10 YEARS' TO LIFE IMPRISONMENT, AND $4,000,000 FINE

Count #:3

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96