## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: OSWALDO DELAROSA (J)          CASE NO: 00-6024-CR-FERGUSON

AUSA: ROGER SMITH – *pres*          ATTY: KENNETH WHITE – *pres*

AGENT:                              VIOL:

PROCEEDING PTD/ARRAIGNMENT/IRC      RECOMMENDED BOND PTD

BOND HEARING HELD – yes/no          COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

*Counsel requested more time*

|  | (Circle One) |
|  | Interpreter Request |
|  | No Interpreter |
|  | Not Known |
|  | (Specify Language) |

| NEXT COURT APPEARANCE: | INQUIRY RE COUNSEL: | 2-3 | 11:30 | Snow |
| | PTD/BOND HRG: | 2-3 | 11:30 | |
| | PRELIM/ARRAIGN: | 2-3 | 11:30 | |
| | REMOVAL HRG: | | | |
| | STATUS CONF: | | | |

Date: 1/31/00    Time 11:00    FTL/LSS    TAPE #00- 004    Begin: 2821    End: 2979