COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: OSWALDO DELAROSA (J)     CASE NO: 00-6024-CR-FERGUSON
AUSA: ROGER STEFIN     ATTY: KENNETH WHITE
AGENT:     VIOL:
PROCEEDING PTD/ARRAIGNMENT     RECOMMENDED BOND PTD
BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED
BOND SET @ 250,000 CSB W/Nebb

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Gov't preserves right to request PTD
should deft seek to post or reduce
the bond.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Required
Language
Not Known
Spanish

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF: 2-18    11    BSS

Date: 2-3-00    Time 11:30    FTL/LSS TAPE #00- 006    Begin: 3638    End: 82
&amp; 007

10