UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6024-CR-Ferguson_

UNITED STATES OF AMERICA,      :

v.                             :     **NOTICE OF PERMANENT
                                     APPEARANCE AS COUNSEL
_Oswaldo Dela Rosa_            :     OF RECORD**

_____      :

COMES NOW _____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _2/3/2000_

Attorney _Kenneth White_
Address _2400 S. Dixie Highway Ste 105_
City _Miami_  State _FL_  Zip _33133_
Telephone _305-854-8393_
Florida Bar No. _222697_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____