UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

OSWALDO DELAROSA,

        Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on February 17, 2000. At that conference, the parties informed the Court as follows:

1.    Defense counsel informed the Court that although he yesterday received the Government's discovery response, he has filed a motion for certain discovery materials. Defense counsel also requested and was granted two additional weeks within which to file other pretrial motions. Finally, defense counsel stated that the matter may ultimately be resolved by way of a change of plea. However, if a plea agreement is not reached, he will be requesting a continuance due to a trial conflict.

2. The Government did not provide any additional information.

DATED at Fort Lauderdale, Florida this ___ day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Roger Stefin, Esquire
Assistant United States Attorney

Kenneth White, Esquire
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
Attorney for Defendant