UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
              Plaintiff,                    CASE NO:00-6024-CR-FERGUSON
                                            Magistrate Judge Seltzer

      vs.

OSWALDO DELAROSA,
              Defendant.
      ----------------------------/

### MOTION FOR DEFENSE CONTINUANCE

      COMES NOW the Defendant, OSWALDO DELAROSA, by and
through his undersigned attorney, and files this his Motion for a
continuance and would submit as grounds therefore:

      1.  That the above-styled cause is set for the trial period
of March 13, 2000.

      2.  That counsel has a death penalty First Degree Murder
case set for the same time period State of Florida v. Michael
Seibert, 98-8943 and a sentencing set for 3/13/00 in the Eastern
District of New York in USA v. Pfeil, 99-CR-875-03 before Judge
Weinstein.  Counsel is moving for a continuance of that sentenc-
ing, which has not been granted as of the date of this
filing.

      3.  That counsel is not prepared for trial because of per-
sonal reasons which he will elucidate for the Court, if neces-
sary.  He is working to complete all pre-trial Motions and has
been delayed in that endeavor.

      4.  That counsel has spoken to the AUSA assigned to the
prosecution of this case, who has no objection to a continuance.



5.   This Motion is made in good faith and not for the purpose of delay.

6.   That counsel would request a trial setting in May, 2000 if the court can accommodate him.

Respectfully submitted,

KENNETH WHITE ESQ.
Attorney for Defendant
2400 S.Dixie Highway
Suite 105
Miami, Florida 33133
Telephone: 305-854-8393
Fla Bar #222097
By:
Kenneth White Esq.

I hereby certify that the preceding document was forwarded to the following parties this ___ day of _____ , 2000.

### CERTIFICATE OF SERVICE

Roger Stefin AUSA
Office of the United States Attorney
500 E. Broward Blvd. Ste 700
Ft. Lauderdale, Florida 33394-3002

Kenneth White, Esq.