UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
       Plaintiff,

CASE NO: 00-6024-CR-FERGUSON
Magistrate Judge Seltzer

vs.

OSWALDO DELAROSA,
       Defendant.
_____/

### MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the Defendant, by and through his undersigned attorney, and moves this Court for an extension of time to file pre-trial motions based on the following grounds:

1. That counsel has started preparations for all pre-trial Motions and requests an additional ten (10) days to file them.

2. That the Magistrate has set a motion cutoff date of March 3, 2000 with leave to re-apply if a continuance of the above-styled cause is granted

3. In view of the circumstances, and the pending request for a continuance; counsel respectfully requests additional time in which to file Motions.

Respectfully submitted,

KENNETH WHITE ESQ.
Attorney for Defendant
2400 S. Dixie Highway
Suite 105
Miami, Florida 33133
Telephone: 305-854-8393
Fla Bar #222097
By _____
Kenneth White Esq.

I hereby certify that the preceding document was forwarded to the following parties this ___ day of _____, 2000.

**CERTIFICATE OF SERVICE**

Roger Stefin AUSA
Office of the United States Attorney
500 E. Broward Blvd. Ste 700
Ft. Lauderdale, Florida 33394-3002

_____
Kenneth White, Esq.