UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
       Plaintiff,

v.

OSWALDO DELAROSA.
       Defendant.
_____/

Case No.: 00-6024-Cr-Ferguson

## ORDER

THIS CAUSE is before the Court on Defendant's Motion for Extension of Time to File Pre-Trial Motions.

ORDERED and ADJUDGED that Defendant's motion is GRANTED. Defendant shall have until March 13, 2000, to file all pretrial motions.

DONE and ORDERED in Chambers at Ft. Lauderdale, Florida, this ____ day of March, 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT

copies provided:
Roger Stefin, AUSA
Kenneth White, Esq.

