| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>Vs.<br><br>OSWALDO DELAROSA,<br><br>　　　　　　Defendant.<br>_____/ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>　　　　　　　　　00<br>Case No. ~~99~~-6024-CR-FERGUSON |

### ORDER GRANTING MOTION TO CONTINUE ~~TRIAL~~

~~THIS CAUSE is before the Court on the above-mentioned motion filed by defendant, Oswaldo~~ Delarosa, on March 2, 2000. The Court having considered the motion and advise of the government that it does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing <u>**April 24, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, April 17, 2000**</u>, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (3/2/00 to 4/24/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 10TH day of March, 2000.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Roger Stefin, AUSA
Kenneth White, Esq

