SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6024-____

DEFENDANT Osmualdo Delarosa    JUDGE    WILKIE D. FERGUSON

Deputy Clerk    TROY T. WALKER    DATE    September 8, 2000

Court Reporter    Paul Haferling    USPO    Tracy Webb

AUSA    Roger Stefin    Deft's Counsel    Michael White, Esq.

COUNTS DISMISSED    All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months  87    Counts  one    Right to appeal

Supervised Release    2 yrs as to ct one
See PSI for details

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00    Fine $ none

Restitution /Other _____
**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: The defendant is incarcerated in South Florida

30