DEFENDANT: OSWALDO DELAROSA, (J) 60235-004
CASE NUMBER: 0:00CR06024-001 – w/ D F

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __87 month(s)__.

☒ The court makes the following recommendations to the Bureau of Prisons:

*That the defendant is incarcerated as close to South Florida as possible.*

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Troy J. Walker
9/13/00

Defendant delivered on __10-24-00__ to __BOP FCI MIAMI__ at __MIAMI FL__ , with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By __Tina Nolan, Lieut__
~~Deputy U.S. Marshal~~