```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
                          FT. LAUDERDALE  DIVISION


UNITED STATES OF AMERICA,    .  CASE #00-6024-CR-FERGUSON
                             .
              PLAINTIFF,     .  FT. LAUDERDALE, FLORIDA
                             .
         V.                  .
                             .  SEPTEMBER 8, 2000
OSWALDO DELAROSA,            .
                             .
              DEFENDANT,     .
.  .  .  .  .  .  .  .  .  . .     SENTENCING

                        - - - -

                 TRANSCRIPT OF PROCEEDINGS HAD
            BEFORE THE HONORABLE WILKIE D FERGUSON
                 UNITED STATES DISTRICT JUDGE

                        - - - -

APPEARANCES

FOR THE UNITED STATES:    ROGER STEFIN, AUSA



FOR THE DEFENDANT:        THOMAS WHITE, ESQ.




COURT REPORTER:           CRISS D. BERTLING, RPR-CM
                          OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          PO BOX 443
                          WEST PALM BEACH, FLORIDA  33402

                        - - - - -

         (PROCEEDINGS RECORDED AND TRANSCRIBED VIA C.A.T.)
                   (Spanish Interpreter Present)
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE