**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6374-Civ-FERGUSON
(00-6024-Cr-FERGUSON)
MAGISTRATE JUDGE SORRENTINO

OSWALDO DELAROSA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____

FINAL JUDGMENT

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate pursuant to 28 U.S.C. §2255 is denied.

2. All motions related to the civil case not otherwise ruled upon are dismissed, as moot.

3. The case is closed.

DONE AND ORDERED at Ft. Lauderdale, Florida, this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

cc: Oswaldo Delarosa, Pro Se
    Roger H. Stefin, AUSA

