UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSWALDO DELAROSA, et al.,

    Defendants.
_____



**O R D E R**

    THIS CAUSE is before the Court on defendant **Oswaldo Delarosa's** Motion for Discovery and Inspection (DE 15). Being fully advised, it is hereby

    ORDERED AND ADJUDGED that the motions is DENIED as moot.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 30 day of May, 2003.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Stefin (FTL)
Kenneth White, Esq.