UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSWALDO DELAROSA, et al.,

    Defendants.
_____



FILED by _____ D.C.
MAY 30 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### CERTIFICATION FOR TRANSFER

    THIS CAUSE is before the Court upon the instructions of Administrative Order 2003-43 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

    THEREFORE, the Clerk of the Court shall transfer this case to Ted E. Bandstra, United States Magistrate Judge and ensure that counsel of record is noticed via the Court's Faxback program.

    DONE AND SUBMITTED at Fort Lauderdale, Florida, this 30th day of May, 2003.

                                _____
                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Patricia A. Seitz, United States District Judge (MIA)
Ted E. Bandstra, United States Magistrate Judge (MIA)
AUSA Roger Stefin (FTL)
Pretrial Service (FTL)
U.S. Probation (FTL)