FILED BY JL D.C

2004 MAR 17 PM 4: 12

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-Seitz

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ

    Defendant.
_____/

## NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Marc Osborne.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: _/s/ Marc Osborne_  3/16/04
MARC OSBORNE
Assistant United States Attorney
Court ID# A5500796
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9198
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Notice of Reassignment was to be served by first-class mail today, March 17, 2004 on

Helaine B. Batoff
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130.

_____
MARC OSBORNE
Assistant United States Attorney